Jordan Raphael (SBN 252344)
jraphael@byronraphael.com
BYRON RAPHAEL LLP
1055 West 7th Street, Suite 3300
Los Angeles, CA 90017
P: (213) 291-9800
F: (213) 277-5373

Andrew Gerber (admitted *pro hac vice*)
andrew@kgfirm.com
KUSHNIRSKY GERBER PLLC
27 Union Square West, Suite 301
New York, NY 10003
P: (212) 882-1320
F: (917) 398-1487

Attorneys for Plaintiff CAT COVEN LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAT COVEN LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ZOETOP BUSINESS CO., LTD. d/b/a SHEIN and ROMWE<br><br>　　　　Defendant. | Case No. 2:21-cv-07254-GW-MAA<br><br>**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT** |

Plaintiff Cat Coven LLC hereby accepts the Amended Offer of Judgment dated October 8, 2021, a copy of which is attached hereto as Exhibit A.

Dated: October 20, 2021

By: /x/ Andrew Gerber
Andrew Gerber

KUSHNIRSKY GERBER PLLC

BYRON RAPHAEL LLP

Attorneys for Plaintiff CAT COVEN LLC

# EXHIBIT A

GREENBERG TRAURIG, LLP
Nina D. Boyajian (SBN 246415)
BoyajianN@gtlaw.com
Layal Bishara (SBN 329154)
BisharaL@gtlaw.com
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel: 310-586-7700
Fax: 310-586-7800

Attorneys for Defendant
ZOETOP Business Co., Ltd. d/b/a SHEIN and ROMWE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CAT COVEN LLC, <br><br> Plaintiff, <br><br> v. <br><br> ZOETOP BUSINESS CO., LTD. d/b/a SHEIN and ROMWE, <br><br> Defendants. | Case No.: 2:21-cv-07254-GW-MAA <br><br> **DEFENDANT'S AMENDED LIMITED OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68** <br><br> Judge:  Hon. George H. Wu <br> Action Filed:  September 9, 2021 |

ACTIVE60533905

# DEFENDANT'S AMENDED LIMITED OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Zoetop Business Co., Ltd. ("Zoetop") hereby offers to allow judgment to be taken as follows:

1. Judgment against Zoetop in this action on behalf of Plaintiff Cat Coven LLC ("Plaintiff") in the amount of fifty thousand dollars ($50,000.00), inclusive of all damages, attorneys' fees, costs, prejudgment interest, where applicable, and any other monetary recovery sought;

2. Zoetop shall be permanently enjoined and restrained from manufacturing, advertising, marketing, distributing, selling, or offering for sale in the United States the following product:

    a. SKU rwbrooch18200928679 (brooch)

3. If accepted, this offer will resolve all of Plaintiff's claims in this action including, without limitation, Plaintiff's demands for damages, costs and attorneys' fees, and any other monetary recovery sought.

This offer of judgment is made for the purposes specified in Fed. R. Civ. P. 68, and will be deemed withdrawn unless you serve a written notice of acceptance of this offer within fourteen (14) days of the date that it was served on you.

This offer of judgment is not to be construed as an admission of any fact or acknowledgment of any liability whatsoever, under any circumstances, by Zoetop or anyone else bound by the offered judgment, is being tendered solely for the purposes of expediency and economy, to avoid further expense in this pending action, and is not to be used as evidence or suggestion of any alleged liability or wrongdoing or admission of any fact, circumstance or conclusion in any proceeding, formal or informal, with respect to Zoetop or anyone else bound by the terms and conditions of the offered judgment.

Dated: October 8, 2021                    GREENBERG TRAURIG, LLP

ACTIVE60533905

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

By: */s/ Nina D. Boyajian*
Nina D. Boyajian
Attorneys for Defendant ZOETOP Business Co., Ltd. d/b/a SHEIN and ROMWE

2

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is 1840 Century Park East, Suite 1900, Los Angeles, CA 90067-2121. My email address is bisharal@gtlaw.com.

    On October 8, 2021, I served the document(s) described as DEFENDANT'S AMENDED LIMITED OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

on the interested parties in this action by electronic mail at the e-mail address(es) set forth below.

| | |
|---|---|
| Jordan Raphael<br>Byron Raphael LLP<br>1055 West 7th Street, Suite 3300<br>Los Angeles, CA 90017<br>Tel: 213-291-9800; Fax: 213-277-5373<br>Email: jraphael@byronraphael.com<br>*Counsel for Plaintiff* | Andrew Gerber<br>Kushnirsky Gerber PLLC<br>27 Union Square West, Suite 301<br>New York, NY 10003<br>Tel: 212-882-1320; Fax: 917-398-1487<br>Email: andrew@kgfirm.com<br>*Counsel for Plaintiff* |

☐ **(BY MAIL)** I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am readily familiar with the business practice of my place of employment in respect to the collection and processing of correspondence, pleadings and notices for mailing with United States Postal Service. The foregoing sealed envelope was placed for collection and mailing this date consistent with the ordinary business practice of my place of employment, so that it will be picked up this date with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of such business.

☒ **(BY E-MAIL)** I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above per agreement and consent of the addressee(s). The document was served electronically and the transmission was reported complete and without error.

☒ **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 8, 2021, at Los Angeles, California.

                                                  */s/ Layal Bishara*
                                                Layal Bishara

ACTIVE 59978228