1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11  Cat Coven LLC,                        )   CASE NO.: CV 21-7254-GW-MAAx
                                          )
12          Plaintiff                     )   JUDGMENT
                                          )
13          vs.                           )
                                          )
14  Zoetop Business Co., Ltd.,            )        JS - 6
                                          )
15          Defendant.                    )
                                          )
16  _____  )

17          Pursuant to the Offer of Judgment, and the Acceptance of Offer of Judgment, filed on

18  October 21, 2021, judgment is entered for Plaintiff Cat Coven LLC and against Defendant Zoetop

19  Business Co., Ltd., pursuant to the conditions set for in the Offer of Judgment.

20
21
22  DATE:  October 25, 2021                        /s/ Javier Gonzalez
                                                   Clerk of the Court
23
24
25
26
27
28